RECEIVED

FEB 1 3 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| ANTOINETTE MASON AND JERMAINE MASON | CIVIL ACTION NO. 06-2361 |
| VERSUS | JUDGE DOHERTY |
| GEICO CASUALTY INSURANCE COMPANY, FORREST BERNARD, AND CHRISTOPHER BERNARD | MAGISTRATE JUDGE HILL |

### ORDER

Considering the foregoing Memorandum Ruling:

IT IS HEREBY ORDERED that the Motion to Dismiss [Doc. 8] filed by defendant, Geico Casualty Insurance Company shall be and is hereby GRANTED. All claims against the defendants are DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Lafayette, Louisiana, this _13_ day of February, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE